## Graham *v.* Eichbaum.

[SEPTEMBER, 1844.]

On the trial of an issue on a plea in abatement by N. sued alone, on a note signed "N. & W.," for the non-joinder of W.; the said W. is not a competent witness for N., although released by him from all costs or damages growing out of the suit.

THE *narr.* set forth that the defendant, N. Graham, made said note, "by the name of N. & W. Graham."

The defendant pleaded in abatement the non-joinder of W. Graham. The plaintiff replied, that defendant was solely liable. Issue, &c.

On the trial, the plaintiff proved the execution of the note by the defendant, and its endorsement to the plaintiff. He also proved the publication by the defendant, in a newspaper, of a notice stating that at the time of giving said note, there was no such firm in existence as N. & W. Graham.

The defendant offered the said W. Graham as a witness; who was objected to by the plaintiff as interested, because, upon a judgment in this case, if it is a partnership debt, the partnership goods might be seized. The defendant then executed a release to the witness "from all liability for costs or damages growing out of" this suit, and again offered him as a witness. The plaintiff still objected to him as incompetent. The court sustained the objection—excluded the witness, and, at defendant's request, sealed a bill of exceptions.

[ Graham *v.* Eichbaum. ]

The only error assigned was, the rejection of W. Graham as a witness.

*Patterson*, for plaintiff in error, cited 1 Stark. Ev. part 4, p. 1084; 2 Stark. Ev. 414, 3d Am. ed.; 4 Maull & Selwyn, 475; 4 Taunt. 752; 3 Cowen, 84.

*Veech*, contra, referred to *Taylor* v. *Henderson*, 17 S. & R. 453, 456; *Black* v. *Marvin*, 2 Penn. Rep. 138; *M'Coy* v. *Lightner*, 2 W. 347, 351; *Carter* v. *Connell et al.* 1 Wh. 392, 398.

PER CURIAM.—Judgment affirmed.*

* See 1 Greenl. Ev. § 395, and cases there cited, sustaining the point decided in this case.